■ BANK LEUMI TRUST COMPANY OF NEW YORK v SIBTHORP. —Motion granted insofar as to recall the order of this court entered on January 2, 1986 (116 AD2d 451) and to resettle such order so as to include therein a restraint upon defendant-respondent Mylene Liggett and a direction to the clerk to enter judgment, all as indicated in the resettled order of this court. Resettled order signed and filed. Concur—Murphy, P. J., Kupferman, Ross, Lynch and Kassal, JJ.